102 A.3d 1251

In re Petition of Michael J. PISKANIN.

Appeal of Michael J. Piskanin.

No. 58 MAP 2014.

Supreme Court of Pennsylvania.

Nov. 6, 2014.

## ORDER

**AND NOW,** this 6th day of November, 2014, the above captioned appeal is quashed for failure to file a brief.

102 A.3d 1251

Michael John PISKANIN, Jr., Appellant

v.

Kathleen KANE Individually and as Attorney General of Commonwealth of Pennsylvania, Appellee.

No. 61 MAP 2014.

Supreme Court of Pennsylvania.

Nov. 6, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of November, 2014, the above captioned appeal is quashed for failure to file a brief.